Opinion issued April 10, 2008










In The

Court of Appeals

For The

First District of Texas






NO. 01-07-00793-CV






GALVESTON ISLAND WATER PARK, L.P., Appellant


V.


GALVESTON CENTRAL APPRAISAL DISTRICT, Appellee






On Appeal from the 56th District Court

Galveston County, Texas

Trial Court Cause No. 2006CV0906






MEMORANDUM OPINION Appellant Galveston Island Water Park, L.P. has failed to timely file a brief. 
See Tex. R. App. P. 38.8(a) (failure of appellant to file brief). After being notified
that this appeal was subject to dismissal, appellant did not adequately respond. See
Tex. R. App. P. 42.3(b) (allowing involuntary dismissal of case).

 The appeal is dismissed for want of prosecution for failure to timely file a brief. 
All pending motions are denied.

PER CURIAM

Panel consists of Justices Nuchia, Hanks, and Higley.